AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Michael N. Cohen (SB# 225348)
*mcohen@cohenip.com*
Joshua H. Eichenstein (SB# 299392)
*jeichenstein@cohenip.com*
COHEN IP LAW GROUP
A Professional Corporation
9025 Wilshire Boulevard, Suite 301
Beverly Hills, California 90211
Phone: (310) 288-4500 • Fax: (310) 246-9980

Attorneys for Plaintiff
REFLEX MEDIA INC. a Nevada Corporation,
INFOSTREAM GROUP, a Nevada Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA INC. a Nevada Corporation and INFOSTREAM GROUP, INC., a Nevada Corporation<br><br>        Plaintiff,<br><br>  v.<br><br>INTERNET LABZ, INC., a permanently revoked Nevada corporation, d/b/a sugardaddy.travel; BOBBY KHALILI, an individual, a/k/a Rob Rosenthal, a/k/a Robert Shaker; SAMAN MIKE EBRAHIMI, an individual; and DOES 1-25,<br><br>        Defendants. | **COMPLAINT FOR**:<br><br>1. COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 et seq.;<br>2. CONTRIBUTORY COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 et seq.;<br>3. TRADE DRESS INFRINGEMENT, 15 U.S.C. § 1125;<br>4. UNFAIR COMPETITION, 15 U.S.C. § 1125;<br>5. UNFAIR COMPETITION Cal. Bus. & Prof. Code §17200<br>6. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE<br><br>**DEMAND FOR JURY TRIAL**<br><br>Trial Date:    None Set |