Michael N. Cohen (SB#225348)
mcohen@cohenip.com
Joshua Eichenstein (SB#299392)
jeichenstein@cohenip.com
Cohen IP Law Group, PC
9025 Wilshire Blvd. ste 301
Beverly Hills, CA 90211
Phone: (310) 288-4500
Fax: (310) 246-9980

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA INC., et al. | CASE NUMBER:<br>CV- **2:15-cv-09246-R-SS** |
| Plaintiff(s) | |
| v.<br>INTERNET LABZ, INC., et al. | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:**   **THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On June 10, 2016 a judgment was entered in the above-entitled action in favor of:

REFLEX MEDIA INC. a Nevada Corporation and INFOSTREAM GROUP, INC., a Nevada Corporation

as Judgment Creditor and against:

INTERNET LABZ, INC., a permanently revoked Nevada corporation, d/b/a sugardaddy.travel; BOBBY KHALILI, an individual, a/k/a Rob Rosenthal, a/k/a Robert Shaker

as Judgment Debtor, for:

| $ | 300,000.00 | Principal, |
|---|---|---|
| $ | 9,600.00 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 0.00 | Costs, making a total amount of |
| $ | **309,600.00** | **JUDGMENT AS ENTERED** |

**\*\*NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

**WRIT OF EXECUTION**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** <u>Central</u>   **District of** <u>California</u>   ,
to wit:

$ _____0.00_ accrued interest, and

$ _____0.00_ accrued costs, making a total of

$ _____**0.00** **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____309,600.00_ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____309,600.00_ Is due on the judgment as entered and bears interest at 0_____ percent per annum, in the amount of $ 0.00_____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: ___June 20, 2016_____   By: ___[signature]_____

Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy.  This information must be filled in by counsel requesting this writ.

```
Bobby Khalili
10575 Ashton Avenue, Apt 401,
Los Angeles, 90024
```

```
Internet Labz, Inc.
3395 SOUTH JONES BLVD #245
Las Vegas, NV 89146
```

```
Bobby Khalili
3395 S JONES BLVD #245,
LAS VEGAS, NV 89146
```

```
Bobby Khalili
1816 WINNERS CUP DR,
LAS VEGAS, NV 89117
```

```
Bobby Khalili
9903 SANTA MONICA BLVD,
BEVERLY HILLS, CA 90212
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution.  You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**